19465578

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

August 17, 2005

FILED
AUG 22 2005
MICHAEL

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Shannon George Wilson
v. United States
No. 05-5833
(Your No. 04-2317) CR02-361 RHK/RLE

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 9, 2005 and placed on the docket August 17, 2005 as No. 05-5833.

Sincerely,

**William K. Suter**, Clerk

by Ann McCamey

Ann McCamey
Case Analyst

RECEIVED
AUG 22 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

U.S. DISTRICT COURT ST. PAUL