1962899

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

FILED

OCT 1 1 2005

MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

October 3, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Shannon George Wilson
v. United States
No. 05-5833
(Your No. 04-2317)

CR02-361 RHK/RLE

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

RECEIVED
1 1 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
OCT 20 2005
U.S. DISTRICT COURT ST. PAUL