# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Shannon George Wilson, | Civil No. 06-1233 (RHK/RLE) |
| | Criminal No. 02-361 (1) (RHK/RLE) |
| Petitioner, | **ORDER** |
| v. | |
| United States of America, | |
| Respondent. | |

---

Petitioner Wilson's Motion (Doc. No. 51) for a 30-day extension to answer the Government's response is **GRANTED** and said answer shall be served and filed no later than August 24, 2006.

Dated:  July 24, 2006

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge