**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Shannon George Wilson,

Petitioner,

v.

United States of America,

Respondent.

Civil No. 06-1233 (RHK/RLE)
Criminal No. 02-361 (1) (RHK/RLE)

**ORDER**

---

Petitioner Wilson's Motion (Doc. No. 51) for a 30-day extension to answer the Government's response is **GRANTED** and said answer shall be served and filed no later than August 24, 2006.

Dated: July 24, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge