# CERTIFICATE OF SERVICE

SHANNON GEORGE WILSON,

Petitioner,

v. Case Number: 02-361(RHK/RLE)

UNITED STATES OF AMERICA,

Respondent.

I hereby certify that on August 9, 2006, I served, or caused to be served, the following documents:

Exhibit 1for Docket Number 50, Response by United States To Petitioner's Motion To Vacate or Correct Sentence

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Shannon George Wilson
No. 10745-041
FCI
PO Box 1000
Oxford, WI 53952

RACHEL K. PAULOSE
United States Attorney

s/William H. Koch
BY: WILLIAM H. KOCH
Assistant U.S. Attorney
Attorney ID No. 22523X