# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America,

Plaintiff,

v.

Shannon George Wilson,

Defendant.

**Case No. CR 02-361 RHK/RLE**

**JUDGMENT IN A CRIMINAL CASE**

(x) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

(1) Petitioner's motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255, Docket No. 49, is **DENIED**, with prejudice; and

(2) Petitioner will not be granted a Certificate of Appealability if he attempts to appeal this Order to the Eighth Circuit Court of Appeals.

Date: October 31, 2006

RICHARD D. SLETTEN, CLERK

s/Gina Olsen

(By) Gina Olsen, Deputy Clerk