# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Shannon George Wilson CR 02-361 RHK/RLE
2. Defendant and Address: Reg No. 10745-041
   P.O. Box 1000
   Oxford WI 53952
3. Date of verdict: (x) N/A
4. Appealing: (x) Order denying 2255 motion
5. Sentence:
6. Date sentence imposed:
7. Defendant incarcerated? (x) Yes
8. Financial Status: Fee paid? (x) Counsel previously appointed
9. Notice of Appeal was filed on 2/28/07
10. Court Reporter: n/a, no hearing held
11. Trial Counsel: n/a, no hearing held
12. Trial counsel was: (x) N/A Pro Se

    Is there any reason why trial counsel should not be appointed on appeal?
13. Assistant U.S. Attorney: William Koch PHONE #: (612) 664-5600
14. List of other defendants in this case & disposition:

    none
15. Additional Comments:

    **No PSI Needed for this Appeal**

    Prepared by: lg