# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 07-1959**

**Shannon George Wilson,**

**Appellant**

**v.**

**United States,**

**Appellee**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:06-cv-01233-RHK)

---

## MANDATE

In accordance with the opinion and judgment of 07/26/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 17, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit