UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-361

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SHANNON GEORGE WILSON, Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

02-361

Defendant Name

Shannon George Wilson

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

Jeff Bryan

Dated: December 5, 2007

RACHEL K. PAULOSE
United States Attorney

s/Jeffrey S. Paulsen
BY: Jeffrey S. Paulsen
Assistant U.S. Attorney