UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-361 (RHK/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON GEORGE WILSON,<br><br>Defendant. | ) | MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO MODIFY SENTENCE PURSUANT TO 18 U.S.C. § 3582 |

The United States through its attorneys Rachel K. Paulose, United States Attorney, and Jeffrey M. Bryan, Assistant United States Attorney, moves the Court for an enlargement of time in which to respond to Defendant Shannon George Wilson's motion to modify his sentence pursuant to 18 U.S.C. § 3582(c). The government's response is due on December 19, 2007.

This matter was newly assigned to the undersigned due to the departure of the prosecutor who originally tried the case. Additional time is needed to review the underlying criminal file to ensure the government adequately addresses the defendant's motion. Respectfully, the government requests a 30-day extension to, and including, January 18, 2008, to file its response.

Dated: December 12, 2007

Respectfully Submitted,

RACHEL K. PAULOSE
United States Attorney

s/ Jeffrey M. Bryan

BY: Jeffrey M. Bryan
Assistant U.S. Attorney
Attorney ID No. 0325077