# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02-361 (RHK/RLE)

SHANNON GEORGE WILSON,

Defendant.

I hereby certify that on December 12, 2007, I served, or caused to be served, the following documents:

Motion for Enlargement of Time to Respond to
Defendant's Motion to Modify Sentence Pursuant to 18 U.S.C. § 3582

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Andrea K. George
Assistant Federal Defender

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Shannon George Wilson
Reg. No. 10745-041
FCI - Oxford
P.O. Box 1000
Oxford, WI 53952

RACHEL K. PAULOSE
United States Attorney

s/ Jeffrey M. Bryan

BY: JEFFREY M. BRYAN
Assistant U.S. Attorney