UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-361 (RHK/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| SHANNON GEORGE WILSON, Defendant. | ) | |

The above-entitled matter is before the undersigned United States District Judge, pursuant to Plaintiff's request for enlargement of time.

WHEREFORE IT IS ORDERED,

For good cause established, that the United States shall have until January 18, 2008, in which to respond to Defendant's motion for modification of sentence pursuant to 18 U.S.C. § 3582.

Dated: 12/14/07

s/Richard H. Kyle
Honorable Richard H. Kyle
United States District Judge