# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02-361 (RHK/RLE)

SHANNON GEORGE WILSON,

Defendant.

I hereby certify that on January 18, 2008, I served, or caused to be served, the following documents:

UNITED STATES RESPONSE TO DEFENDANT'S MOTION
TO MODIFY SENTENCE PURSUANT TO 18 U.S.C. § 3582

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Andrea K. George
Assistant Federal Defender

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Shannon George Wilson
Reg. No. 10745-041
FCI - Oxford
P.O. Box 1000
Oxford, WI 53952

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ Lana Chambers

BY: LANA CHAMBERS
Legal Assistant